IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                          CASE NO. 1:05-cr-00017-MP-AK

COREY B BROWN,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 198, Joint Motion to Continue Suppression Hearing.  A teleconference was held on April 4, 2006.  As stated during the teleconference, the motion is granted, and the suppression hearing is hereby reset for Thursday, April 13, 2006, at 1:00 p.m.

**DONE AND ORDERED** this  *4th*   day of April, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge