IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO. 1:05-cr-00017-MP-AK

COREY B. BROWN,
GREGORY J. HALL,

        Defendants.
_____/

## O R D E R

In its prior order, Doc. 280, the Court granted the motion of Dan Daly, former attorney

for Defendant Corey Brown, to withdraw from the representation due to a conflict of interest.

Because of this conflict, Defendants Brown and Hall requested a continuance in their trial so that

they could be tried together, and the Court granted this continuance.  However, as no

replacement counsel could be located at that time, the Court reserved setting a date for the

continuance.  Attorney Jody Peterman has agreed to represent Defendant Brown.  Accordingly,

the Court appoints Jody Peterman as counsel for Defendant Brown, and the trial date is hereby

reset to Tuesday, October 10, 2006, at 12:30 p.m.

**ORDERED AND ADJUDGED:**

1.    Jody Peterman, P.O. Box 5334, Valdosta, GA 31603 -5534 [(229) 247-0386], is
      appointed to represent Defendant Corey B. Brown.

2.    The trial date of Defendants Brown and Hall is reset to Tuesday, October 10,
      2006, at 12:30 p.m.

**DONE AND ORDERED** this   *6th* day of September, 2006

                        *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge