IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:05-CR-0017 MP-AK

COREY B. BROWN,

    Defendant.

_____/

# O R D E R

This matter is before the Court on Doc. 338, Motion for Court to Order Shands Healthcare to Inform the Court of the Current Medical Status of Shirley Brown. By prior order, Defendant Corey Brown was directed to file with the Court a report containing the current medical status of Shirley Brown, and her probability of recovery. Doc. 321. In the instant motion, Defendant Brown states that under Florida law, Shands cannot release such information without an order of court. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Charles B. Koval, Deputy General Counsel and/or other agents and assigns of Shands HealthCare are to release to Counsel for the Defendant, Jody D. Peterman, Terry & Peterman, LLP, P.O. Box 1185, Valdosta, Georgia 31601; Counsel for the United States of America, Gregory McMahon, Assistant U.S. Attorney, 300 East University Ave., Suite 310, Gainesville, Florida 3601, and to this Court a short and concise report containing the current medical status of Shirley Brown and her probability of recovery.

**DONE AND ORDERED** this  _30th_ day of January, 2007

                                          *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge