IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,                :

Vs.                                       : CASE #1:05-CR-0017 MP-AK

COREY B. BROWN,                          :

    Defendant.                            :

### ORDER ON EX-PARTE MOTION FOR THE ISSUANCE OF SUBPOENAS

Defendant having filed a Motion for the Issuance of subpoenas for trial scheduled for February 27, 2007, and good cause having been shown,

IT IS HEREBY THE ORDER OF THE COURT that the U.S. District Court Clerk's Office is hereby directed to issue subpoenas to the following individuals:

Vicki Brown
15604 NW 140th St.
Alachua, FL

Tara Brown
115604 NW 140th St.
Alachua, FL

IT IS FURTHER ORDERED that the U.S. Marshall's Service shall serve these subpoenas on the witnesses and the fees of the witnesses so subpoenaed shall be paid in the same manner in which similar costs and fees are paid in case of a witness subpoenaed in behalf of the Government.

SO ORDERED this 23rd day of February, 2007.

Hon. Maurice Paul
Judge of U.S. District Court
Northern District of Florida

Order prepared by:
Jody D. Peterman
Attorney for Defendant Brown
P.O. Box 1185
Valdosta, GA 31603-1185
(229) 247-1133