IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00017-MP -GRJ

COREY B BROWN,

_____/

## O R D E R

This matter is before the Court on Doc. 494, Defendant's motion to amend his pending § 2255 motion. The Government filed its response on December 20, 2010. Pursuant to Fed. R. Civ. P. 15(a)(1)(B), a party may amend a pleading once as a matter of course without leave of court within 21 days after service of a responsive pleading. Thus, the instant motion to amend is unnecessary if Defendant complies with Rule 15. If Defendant does not file an amended motion within the 21-day period provided by the Rule, then he may amend the motion only with the written consent of the Government or by leave of this Court. Fed. R. Civ. P. 15(a)(2).

Accordingly, it is **ORDERED:**

That the motion to amend, Doc. 494, is **DENIED** at this time as unnecessary.

**DONE AND ORDERED** this 21st day of December 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge